IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-67-BLG-SPW |
| Plaintiff, | |
| | ORDER |
| vs. | |
| JOSHUA ROBERT LUDTKE, | |
| Defendant. | |

Pending before the Court is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 68) for the reason Defendant has another case, CR-21-73-BLG-SPW, pending with this Court.   Defendant's counsel is requesting that in the interest of judicial economy both matters be sentenced at the same time. For good cause shown,

**IT IS HEREBY ORDERED** that the revocation hearing currently set for Wednesday, November 3, 2021, at 10:30 a.m., is **VACATED.**

1

IT IS FURTHER ORDERED that the revocation proceedings are

STAYED until the resolution of CR 21-73-BLG-SPW.

DATED this __26th__ day of October, 2021.

SUSAN P. WATTERS
United States District Judge