**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JOSHUA ROBERT LUDTKE,**<br><br>**Defendant.** | **CR 09-67-BLG-SPW**<br><br><br><br>**ORDER** |

Upon the United States' Motion to Quash Warrant and Dismiss Petition (Doc. 81), and for good cause shown,

IT IS HEREBY ORDERED that the warrant for the arrest of JOSHUA ROBERT LUDTKE is **QUASHED**.

IT IS FURTHER ORDERED that the supervised release revocation petition is **DISMISSED**.

DATED this 17th day of November, 2026.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge